UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA TAYLOR fna TOYE TAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a surety; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a surety; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV12-8362 DMG (PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [38]** |

Having considered the Stipulation between Athena Taylor fna Toye Taylor and Defendant Travelers Commercial Insurance Company, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice.
2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 25, 2014

_____
Dolly M. Gee
United States District Judge